| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (If Individual, enter Last, First, Middle):<br>**Bacchus Development, a California corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   33-0776793 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>8801 Research Drive<br>Irvine, CA<br>Zip Code  92618 | Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>Zip Code |
| County of Residence or of the<br>Principal Place of Business:      Orange | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Zip Code | Mailing Address of Debtor (if different from street address):<br>Zip Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor (Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>The Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (included Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (included LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entitled, check this box and provide the information requested below.)<br><br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ other | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 15 for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12<br> ☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☒ Debts are primarily business debts.

**Tax-Exempt Entity**
(Check one box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.  Rule 1006(b).  See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration.  See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. §101(5ID).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(5ID).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million<br><br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b) |

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number**

| Of Creditors | 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001 –<br>10,000 | 10,001 –<br>25,000 | 25,001 –<br>50,000 | 50,001 –<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0-<br>$50,000 | $50,001-<br>$100,000 | $100,001-<br>$500,000 | $500,001-<br>$1 million | $1,000,001-<br>$10 Million | $10,000,001-<br>$50 million | $50,000,001-<br>$100 Million | $100,000,001-<br>$500 Million | $500,000,001-<br>$1 Billion | More<br>$1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0-<br>$50,000 | $50,001-<br>$100,000 | $100,001-<br>$500,000 | $500,001-<br>$1 million | $1,000,001-<br>$10 Million | $10,000,001-<br>$50 million | $50,000,001-<br>$100 Million | $100,000,001-<br>$500 Million | $500,000,001-<br>$1 Billion | More<br>$1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bacchus Development** | FORM B1,Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:  **None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by an Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  **Bacchus Investment Group, LLC**; and<br>**Bacchus Commercial, LLC** | Case Number: | Date Filed:<br>**Concurrently herewith** |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit "A"**<br>(To be completed if debtor is required to file periodic reports, e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or (15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit "B"**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b)<br><br>X _____  _____<br>   Signature of Attorney for Debtor(s)                    Date |
|---|---|

| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit "C" is attached and made a part of this petition<br>☒ No. | **Exhibit D**<br>**(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).**<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
|---|---|

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

Check all applicable boxes

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court for any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certified that he/she has served the Landlord with this certification.  (11 U.S.C. §362(1).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bacchus Development** | FORM B1,Page 3 |

## (Signatures)

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.

X _____
(Signature of Debtor)

_____
(Signature of Joint Debtor)

Telephone and Fax Number (If not represented by attorney)
Date: _____

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. (Check one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition is attached

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
Marc J. Winthrop
Printed Name of Attorney for Debtor
Winthrop Couchot Professional Corporation
Firm Name
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Telephone: 949-720-4100

Date: September 2, 2009    Bar No. 63218

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Steven M. Brett
Printed Name of Authorized Individual
President
Title of Authorized Individual
Date: September 2, 2009

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. §110.)

_____
Address

_____

X_____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers for all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §156.*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>BACCHUS DEVELOPMENT, a California corporation,<br><div align="right">Debtor.(s).</div> | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists      Dated Filed: <u>concurrently</u>

☒ Amendments to the petition, statement of affairs, schedules or lists      Dated Filed: _____

☒ Other: _____      Dated Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY DEBTOR OR OTHER PARTY

    I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature line(s); (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____    <u>September 2, 2009</u>

*Signature of Authorized Signatory of Filing Party*      Date

<u>Steven M. Bren</u>

*Printed Name of Authorized Signature of Filing Party*

<u>President</u>

*Title of Authorized Signature of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

    I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____    <u>September 2, 2009</u>

*Signature of Attorney for Filing Party*      Date

<u>Marc J. Winthrop</u>

*Printed Name of Attorney for Filing Party*

In re :   **Bacchus Development**

Debtor

Case No.

Chapter   11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Steven M. Bren, President of Bacchus Development, a California corporation ("Bacchus Development") hereby declare and state that on September 1, 2009 the following resolution was duly adopted by the Board of Directors of this Company:

"Whereas it is in the best interest of Bacchus Development to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Steven M. Bren, President of Bacchus Development is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of Bacchus Development; and

Be It Further Resolved, that Steven M. Bren, the President of Bacchus Development is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that Steven M. Bren, the President of Bacchus Development is authorized and directed to employ the law firm of Winthrop Couchot Professional Corporation to represent the Debtor in such bankruptcy case."

Executed on: September 1, 2009

Signed:

Steven M. Bren, President of Bacchus Development, a California corporation, Managing Member of Bacchus Commercial, LLC

| United States Bankruptcy Court |
| :---: |
| Central District of California |

| In re : Bacchus Development | Case No. |
| --- | --- |
| Debtor | Chapter 11 |

# Form 4.
## List Of Creditors Holding 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed.R.Bankr.P. 1007(d) for filing of this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
| --- | --- | --- | --- | --- |
| Newmeyer & Dillion Attn: Shawn E. Cowles 895 Dove Street, 5th Fl. Newport Beach, CA 92660 | Newmeyer & Dillion Attn: Shawn E. Cowles 895 Dove Street, 5th Fl. Newport Beach, CA 92660 949-845-7000 | | Disputed | $80,000.00 |
| State Fund Attn: Jim Reed c/o Clarke Marine 245 Fischer Avenue, #D-8 Costa Mesa, CA 92626 | State Fund Attn: Jim Reed c/o Clarke Marine 245 Fischer Avenue, #D-8 Costa Mesa, CA 92626 714-444-2679 714-444-0176 | | Disputed | $15,000 |
| Jackson Demarco Attn SP Enriquez 2030 Main St., #1200 PO Box 19704 Irvine, CA 92623-9704 | Jackson Demarco Attn SP Enriquez 2030 Main St., #1200 PO Box 19704 Irvine, CA 92623-9704 949-752-8585 949-752-0597 | | | $5,000 |
| Tice, Gardener & Fujimoto Attn: Dave Tice 8845 Research Dr., #100 Irvine, CA 92618 | Tice, Gardener & Fujimoto Attn: Dave Tice 8845 Research Dr., #100 Irvine, CA 92618 949-387-6000 949-387-6060 | | | $5,000 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Aetna Attn: Irene Krinsky c/o Azonic Insurance Agency 1617 Westcliff Dr., #211 Newport Beach, CA 92660 | Aetna Attn: Irene Krinsky c/o Azonic Insurance Agency 1617 Westcliff Dr., #211 Newport Beach, CA 92660 949-642-6668 949-631-9013 | | | $5,000 |
| South Coast Water Attn: Corporate Officer 27881 La Paz Rd., #G-172 Laguna Niguel, CA 29677 | South Coast Water Attn: Corporate Officer 27881 La Paz Rd., #G-172 Laguna Niguel, CA 29677 714-648-2493 714-648-2488 | | | $1,500 |
| Brenexus c/o Com In Attn C. Stevens c/o Mar West Real Estate PO Box 500608 San Diego, CA 92150-0608 | Brenexus c/o Com In Attn C. Stevens c/o Mar West Real Estate PO Box 500608 San Diego, CA 92150-0608 714-838-3200 714-730-8433 | | | $1,000 |
| Southern California Edison Attn: Authorized Agent 14155 Bake Parkway Irvine, CA 92618 | Southern California Edison Attn: Authorized Agent 14155 Bake Parkway Irvine, CA 92618 800-990-7788 | | | $1,000 |
| GE Capital Attn: Corporate Officer P.O.Box 31001-0271 Pasadena Ca 91110-0271 | GE Capital Attn: Corporate Officer P.O.Box 31001-0271 Pasadena Ca 91110-0271 888-652-2269 319-841-6324 | | | $1,000 |
| Delta Dental Attn: Irene Krinsky c/0 Azonic Insurance Agency 1617 Westcliff Dr., #211 Newport Beach, CA 92660 | Delta Dental Attn: Irene Krinsky c/0 Azonic Insurance Agency 1617 Westcliff Dr., #211 Newport Beach, CA 92660 949-642-6668 949-631-9013 | | | $1,000 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| De Lage Landen Financial Services<br>Attn: 000000000407407/Crp Ofcr<br>P.O. Box 41601<br>Philadelphia, PA 19101-1601 | De Lage Landen Financial Services<br>Attn: 000000000407407/Crp Ofcr<br>P.O. Box 41601<br>Philadelphia, PA 19101-1601<br>515-251-3074 | | | $1,000 |
| TCS Network Consulting, Inc.<br>Attn: Kieth Hermance<br>9841 Irvine Center Dr., #150<br>Irvine, CA 92618 | TCS Network Consulting, Inc.<br>Attn: Kieth Hermance<br>9841 Irvine Center Dr., #150<br>Irvine, CA 92618<br>714- 658-4861 | | | $1,000 |
| American Express<br>Attn: Corporate Officer<br>P.O.Box 297813<br>Ft. Lauderdale, FL 33329-9785 | American Express<br>Attn: Corporate Officer<br>P.O.Box 297813<br>Ft. Lauderdale, FL 33329-9785<br>800-492-344 | | | $1,000 |
| Irvine Ranch Water District<br>Attn: Authorized Agent<br>PO Box 57000<br>Irvine, CA 92619-7000 | Irvine Ranch Water District<br>Attn: Authorized Agent<br>PO Box 57000<br>Irvine, CA 92619-7000<br>949-453-5300 | | | $500 |
| Cox Communications<br>Attn: Paul Orona/Marcia Davis<br>29947 Avenida De Las Banderas<br>Rancho Santa Margarita, CA 92688 | Cox Communications<br>Attn: Paul Orona/Marcia Davis<br>29947 Avenida De Las Banderas<br>Rancho Santa Margarita, CA 92688<br>866-272-5777 | | | $500 |
| United Building Services<br>Attn: Charo Flores<br>868 Folsum Street<br>San Francisco, CA 94107 | United Building Services<br>Attn: Charo Flores<br>868 Folsum Street<br>San Francisco, CA 94107<br>714-434-9494 | | | $500 |

MAINDOCS-#133183-v1-BacchusDev20Lrgst.DOC

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AT & T<br>Attn: Corporate Officer<br>Sacramento, CA 95887-0001 | AT & T<br>Attn: Corporate Officer<br>Sacramento, CA 95887-0001 | | | $500 |
| Arrowhead<br>Attn: Corporate Officer<br>P.O.Box 52237<br>Phoenix AZ 85072-2237 | Arrowhead<br>Attn: Corporate Officer<br>P.O.Box 52237 Phoenix AZ 85072-2237 | | | $200 |
| OCB Reprographics<br>Attn: Corporate Officer<br>17721 Mitchell North<br>Irvine, CA 92614 | OCB Reprographics<br>Attn: Corporate Officer<br>17721 Mitchell North<br>Irvine, CA 92614 | | | $200 |

MAINDOCS-#133183-v1-BacchusDev20Lrgst.DOC

I, Steven Bren, President of Bacchus Development, Inc., the Managing Member of Bacchus Investment Group, LLC, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: September 2, 2009

By: /Steven Bren/ President of Bacchus Development, Inc.,
Managing Member
Debtor's Signature and Title

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Not Applicable.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Bacchus Investment Group, LLC – concurrently**

    **Bacchus Commercial, LLC – concurrently**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Not Applicable.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Irvine,            , California

Dated   September 2, 2009

_____
                         Debtor
By:  Steven M. Bren, President

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

**F 1015-2.1**
MAINDOCS-#133179-v1-BacchusDevelopmentStmtRelatedCases.DOC

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     Marc J. Winthrop – State Bar No. 63218
Winthrop Couchot Professional Corporation

Address    660 Newport Center Dr., 4th Fl.
Newport Beach, CA 92660

Telephone   949-720-4100

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No. |
|---|---|
| | Chapter 11 |
| **BACCHUS DEVELOPMENT,**<br><br>**a California corporation,**<br><br><br>**Debtor.** | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: September 2, 2009

Steven M. Bren, President
Debtor

MAINDOCS-#133178-v1-BacchusDevelopmentVeriMML_Petition.DOC

Bacchus Development
Attn: Steven M. Bren
8801 Research Drive
Irvine, CA 92618


Winthrop Couchot P.C.
Attn: Marc J. Winthrop, Esq.
660 Newport Center Dr., 4th Flr.
Newport Beach, CA 92660


Office of the U.S. Trustee
411 W. Fourth St., #9041
Santa Ana, CA 92701-4593

Advanced Office Services
Attn: Corporate Officer
1430-K Village Way
Santa Ana, CA 92705


Aetna
Attn: Corporate Officer
P.O.Box 45084
Jacksonville, FL 32231-5084


Aetna Attn: Irene Krinsky
c/o Azonic Insurance Agency
1617 Westcliff Dr., #211
Newport Beach, CA 92660


Allen Matkins
Attn: Managing Partner
1900 Main Street, 5th Floor
Irvine, CA 92614


Alliance Heating & Air Cond
Attn: Corporate Officer
316 E. Dyer Road #A
Santa Ana, CA 92707


American Express
Attn: Corporate Officer
P.O.Box 297813
Ft. Lauderdale, FL 33329-9785

Amy Harmon
1616 Beford Ln #A
Newport Beach, CA 92660


AON Risk Services, Inc.
Attn: Corporate Officer
File # 56276
Los Angeles, CA 90074-6276


Arrowhead
Attn: Corporate Officer
P.O.Box 52237
Phoenix AZ 85072-2237


AT & T
Attn: Corporate Officer
Sacramento, CA 95887-0001


AT&T Mobility
Attn: Corporate Officer
PO Box 6463
Carol Stream, IL 60197-6463


Bacchus Office Park OA
c/o Mar West RE/Atn Corp Ofcr
PO Box 500608
San Diego, CA 92150-0608

Bay Security and Comm, Inc.
Attn: Corporate Officer
779 West 19th Street
Costa Mesa, CA 92627


BCS
Attn: Corporate Officer
9910 Irvine Center Drive
Irvine, CA 92618


Brenexus c/o Com In Attn C. Stevens
c/o Mar West Real Estate
PO Box 500608
San Diego, CA 92150-0608


Churm Publishing
Attn: Corporate Officer
1451 Quail Street, #201
Newport Beach, CA 92660


City Lock and Key
Attn: Corporate Officer
PO Box 15034
Anaheim, CA 92803-5034


City of Irvine Attn: Authorized Agent
One Civic Center Plaza
PO Box 19575
Irvine, California 92623-9575

Clarke Marine Insurance
Attn: Corporate Officer
245 Fischer Avenue, #D-8
Costa Mesa, CA 92626


CoStar Realty Information, Inc.
Attn: Corporate Officer
PO Box 791123
Baltimore, MD 21279-1123


Courtney Parks
313 Esther St.
Costa Mesa, CA 92627


Cox Communications
Attn: Marcia Davis
29947 Avenida De Las Banderas
Rancho Santa Margarita, CA 92688


De Lage Landen Financial Services
Attn: 000000000407407/Corp Ofcr
P.O. Box 41601
Philadelphia, PA 19101-1601


Delta Dental
Attn: Corporate Officer
P.O. Box 45739
San Francisco, CA 94145-0739

Delta Dental Attn: Irene Krinsky
c/0 Azonic Insurance Agency
1617 Westcliff Dr., #211
Newport Beach, CA 92660


DirecTV
Attn: Corporate Officer
PO Box 60036
Los Angeles, CA 90060-0036


Dynasty Plumbing, Inc.
Attn: Corporate Officer
208 Technology Drive, #A
Irvine, CA 92618


Franchise Tax Board
Attn: Corporate Officer
PO Box 942857
Sacramento, CA 94257-0531


GE Capital
Attn: Corporate Officer
P.O.Box 31001-0271
Pasadena Ca 91110-0271


Irvine Ranch Water District
Attn: Authorized Agent
PO Box 57000
Irvine, CA 92619-7000

Jackson Demarco Atn Mng Ptnr
2030 Main St, Ste 1200
PO Box 19704
Irvine, CA 92623-9704


Jeffrey J Bitetti
8 Tideline Bluff
Newport Coast, CA 92657


Jill Flansburg
13202 Myford Rd # 232
Tustin, CA 92782


Laguna Digital, Inc.
Attn: Corporate Officer
1705 S. Coast Hwy
Laguna Beach, CA 92651


Lead Tracking Solutions
Attn: Corporate Officer
3188-L Airway Avenue
Costa Mesa, CA 92626


Lily Nagabyashi
16666 MT. Allyson CI
Fountain Valley, CA 92708

Linc Lighting & Electric
Attn: Corporate Officer
P.O. Box 79533
City of Industry, CA 91716-9533


Los Angeles Times
Attn: Corporate Officer
P.O. Box 60040 Genl Mail Fac
Los Angeles, CA 90099-0021


Mar West Real Estate
Attn: Corporate Officer
PO Box 4029
Tustin CA, 92781-4029


MCI
Attn: Corporate Officer
PO Box 371838
Pittsburgh, PA 15250-7838


Michael Vukovich
63 Bell Chime
Irvine CA 92618


Newmeyer & Dillion
Attn: Shawn E. Cowles
895 Dove Street, 5th Fl.
Newport Beach, CA 92660

OCB Reprographics
Attn: Corporate Officer
17721 Mitchell North
Irvine, CA 92614


Orange County Tax Collector
PO Box 1980
Santa Ana, CA 92702.1980


Orkin Inc.
Attn: Corporate Officer
12710 Magnolia Ave.
Riverside, CA 92503-4620


Outdoor Dimensions
Attn: Corporate Officer
5325 E. Hunter Ave.
Anaheim, CA 92807


Palmieri, Tyler, Wiener, et al.
Attn: Managing Partner
2603 Main St East Twr, #1300
Irvine, CA 92614-6228


Pitney Bowes
Attn: Corporate Officer
P.O.Box 856042
Loiusville, KY 40285-6042

Premium Fin Spec CA, Inc.
Attn: Corporate Officer
P.O.Box 100120
Pasadena, Ca 91189-0120


Select Heating & Air Cond, Inc.
Attn: Corporate Officer
767 N. Main Street
Orange, CA 92868-1105


Sheppard Mullin, et al.
Attn: RW Brunette/AJ Malo
333 S. Hope St., 43rd Flr.
Los Angeles, CA 90071-1448


South Coast Water
Attn: Corporate Officer
27881 La Paz Road, #G-172
Laguna Niguel, CA 29677


Southern California Edison
Attn: Authorized Agent
14155 Bake Parkway
Irvine, CA 92618


Southwest Express
Attn: Corporate Officer
1720 E. Garry #107
Santa Ana, CA 92705

Spectrum Backflow
Attn:  Corporate Officer
3943 Irvine Blvd #71
Irvine, CA 92602


State Fund
Attn:  Authorized Agent
PO Box 7980
San Francisco, CA  94120-7980


State Fund Attn:  Jim Reed
c/o Clarke Marine
245 Fischer Avenue, #D-8
Costa Mesa, CA 92626


Stephanie Zachan
40 Vista Del Cerro
Aliso Viejo, CA 92656


Stephen J Muller
1709 Highland Drive
Newport Beach, CA 92660


TCS Network Consulting, Inc.
Attn:  Corporate Officer
9841 Irvine Center Dr. #150
Irvine, CA 92618

The Greater Co., Inc.
Attn: Corporate Officer
8124 Innovation Way
Chicago, IL 60682-0081


The Smith Guide, Inc.
Attn: Corporate Officer
18430 Ward Street
Fountain Valley, CA 92708


Tice, Gardener & Fujimoto
Attn: Managing Partner
8845 Research Drive, #100
Irvine, CA 92618


Torry Lozano
32025 Virginia Way
Laguna Beach 92651


Torry Lozano Constructions
Attn: Torry Lozano
32025 Virginia Way
Laguna Beach 92651


Union Bank CA Real Est Ind
Attn: Michael S. Samuel, VP
18300 Von Karman Ave., #340
Irvine, CA 92612

United Building Services
Attn:  Corporate Officer
868 Folsom Street
San Francisco, CA 94107


Universal Protection Service
Attn:  Corporate Officer
PO Box 512719
Los Angeles, CA 90051-0719


Wind Water Dev Adv, Inc.
Attn:  Corporate Officer
9160 Irvine Center Dr., #200
Irvine CA 92618